# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

SWETLIC CHIROPRACTIC & )
REHABILITATION CENTER, INC., an )
Ohio corporation, individually and as the )
representative of a class of similarly-situated )
persons, ) Civil Action No.: 1:15-cv-00291
)
Plaintiff, )
)
v. )
)
PROGENE HEALTHCARE, INC., PROXI )
MARKET SOLUTIONS, INC., MICHAEL )
LEE and JOHN DOES 1-10, )
)
Defendants. )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-2015

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, SWETLIC CHIROPRACTIC & REHABILITATION CENTER, INC., through its undersigned attorneys, hereby voluntarily dismisses this action with prejudice, the class allegations without prejudice, each side to bear its own costs.

SWETLIC CHIROPRACTIC &
REHABILITATION CENTER, INC., individually
and as the representative of a class of similarly-
situated persons

s/ Aytan Y. Bellin
Aytan Y. Bellin
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plaines, NY10606
Phone: 914-358-5345
Fax: 212-571-0284
E-mail: Aytan.Bellin@bellinlaw.com

And:

Brian J. Wanca (*pro hac vice*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Fax:  847-368-1501
bwanca@andersonwanca.com

**SO ORDERED:**

_____ 4/15/15
U.S.D.J.        tmc